Case 1:13-cr-00147-KMW   Document 699   Filed 05/18/21   Page 1 of 1

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

Lindsey Weiss Harris
To Call Writer Directly:
+1 212 909-3386
Lindsey.harris@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/21

May 18, 2021

**VIA ECF**

Honorable Kimba M. Wood
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *USA v. Santana et al*
      1:13-cr-00147-KMW

Dear Judge Wood:

I write to advise the Court that I am no longer affiliated with the law firm of Kobre & Kim LLP. Accordingly, I respectfully request that I be removed as counsel of record for Defendant Leidi Luisa Medina and be removed from the court's electronic mail notice list. ] Granted

Respectfully submitted,

s/ Lindsey Weiss Harris

Lindsey Weiss Harris

SO ORDERED: N.Y., N.Y.   8/9/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

cc:   Counsel of Record via ECF